IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ______________________________
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 15 2021
JEFFREY P. COLWELL
CLERK

______________________________________________, Plaintiff

v.

______________________________________________,

______________________________________________,

______________________________________________,

______________________________________________, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. PLAINTIFF INFORMATION

You must notify the court ofany changes to your address where case-related papers may be served byfiling a notice of change ofaddress. Failure to keep a current address on file with the court may result in dismissal ofyour case.

Norman A. Mallory P.O Box 683 Fort Collins, CO 80522
(Name and complete mailing address)

1-970-294-1523 Andersonheathar181@gmail.com
(Telephone number and e-mail address)

B. DEFENDANT(S) INFORMATION

Please list the following information for each defendant listed in the caption ofthe complaint. (f more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) WFORMATION. "

Defendant 1 :

Rocky Mountain Human ServiceSSVET.9900, 9900 E. Iliff Ave, Denver, CO 80231
(Name and complete mailing address)

1-303-636-5600
(Telephone number and e-mail address if known)

Defendant 2:

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3:

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4:

(Name and complete mailing address)

## C. JURISDICTION

Identify the statutory authority that allows the court to consider your claim(s): (check one)

[X] Federal question pursuant to 28 U.S.C. 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

______________________________________________________________

______________________________________________________________

[ ] Diversity of citizenship pursuant to 28 U.S.C. 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Colorado

If Defendant 1 is an individual, Defendant 1 is a citizen of

Colorado

If Defendant I is a corporation,

Defendant 1 is incorporated under the laws of ____________________ (name of state or foreign nation).

Defendant I has its principal place of business in____________________ (name of state or foreign nation).

(Ifmore than one defendant is named in the complaint, attach an additional page providing the same informationfor each additional defendant.)

D. STATEMENT OF CLAINI(S)

State clearly and concisely every claim that you are asserting in this action. For each claim, specifi the right that allegedly has been violated and state allfacts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) ofthe specific person(s) involved in each claim, and the specificfacts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). (fadditional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement ofclaims as "D. STATEMENT OF CLAIMS. "

CLAM ONE: ______________________________

Supporting facts:

D: STATENENT OF CLAIMS

Claim One: I am aware that Title VII of the Civil Rights Act of 1964 prohibits discrimination based on race, color, religion, sex and national origin. I believe I was discriminated against because I was treated differently than other veterans because of my unalterable characteristic of race and skin color.

Supporting facts: Your honor, this is what happened in my case.

On November 9, 2020 1 called the Rocky Mountain human Services SSVFT about the program they have for veterans who were affected by the coronavirus.

On the 9th of November they gave me an intake application date of November 13 $^{th}$. I called on November 13 $^{th}$ but no one answered the phone. So I called the main office. At that time I was told that someone will call me back. I hung the phone up. About an hour later someone from the SSVFT program called and took down my information. During the intake process I was asked what color 1 am over the phone. I told him I am black. I also told him that my girlfriend is white.

He said that's ok, he needed to know what color the veteran is. The in-take process was over. Before he hung up he told me that someone will contact me on November 17th.

No one called on November 17h I called the SSVFT offce and was told that my case was assigned to a case worker.

I had not heard anything from them until I called back on December 2nd and was told that Jose is my case manager and he is in training. I hung the phone up. On December 4$^{ül}$ I called the SSVFT office because they never called back, I was told someone will call you on December '7th between

9:00am-10:00am.

On December 7th that phone call did not happen in those hours. About 3:30pm I received a call from the SSVFT office. The did an assessment on me and I have not heard anything from the SSVFT office till this date.

Title VII Civil Rights Act of 1964 was signed into law on July 2, 1964 prohibiting discrimination in public places provided for the integration of schools and other public facilities and made discrimination illegal. Over 50 years after the Civil Rights Act was made a law, Rocky Mountain Human Services SSVFT COVID-19 relief program treated me

differently and unjust in comparison to other veterans that applied for some help during the pandemic.

Because of their wrong doing action, I am asking the court to hold Rocky Mountain Human Services SSVFT program to be held accountable for their actions.

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: ______________________________

Supporting facts:

Claim One: True Facts about my case

1. Rocky Mountain Human Services offer a coronavirus relief program for all veterans who qualify for the program.
2. I am a minority veteran seeking equal rights through the Rocky Mountain Human Services SSVFT program.
3. I served in the USMC from 1971-1973. I was honorably discharged.
4. I worked at Diesel Services for three and a half years before being laid off because of the COVID-19 pandemic.
5. I initiated the first calls that were made on November 9, 13, 18 and on December 2, 4.
6. During the interview I was asked what color I am over the phone.
7. I was eligible for the Rocky Mountain Human Services SSVFT program which offer a COVD-19 relief program and was treated unjustly and differently from other veterans.
8. The fact that I was told by the SSVFT that a case worker was assigned to my case on November 18. The case worker was in training.
9. The SSVFT did another assessment on the 7ul of December at about 3:30pm. After the second assessment was over, SSVFT hung the phone up. I have not heard a word from them to this date yet.
10. Through out all of my contact with the Rocky Mountain Human Services SSVFT program, for nearly 2 months, no kind of COVID-19 relief was ever offered to me as an eligible minority veteran.
11. I remain homeless throughout the Thanksgiving and Christmas holiday and the New Year all because I was treated differently and unjustly.

E. REQUEST FOR RELIEF

State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REOUEST FOR RELIEF. "

I am asking for pain and suffering in the amount of $5,000,000 for damages for being treated differently and unjust treatment during the COVID-19 pandemic b Rocky Mountain Human Services SSVFT COVID-19 relief program.

F.PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. See 28 U.S.C. 1746; 18 U.S.C. 1621.

Under Federal Rule of Civil Procedure I l , by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 1 1 .

Norman Malloy

Plaintiff's signature

Date 1-11-2021

(Revised December 2017)

JS 44 (Rev 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Norman A. Mallory

**DEFENDANTS**
Rocky Mountain Human Services SSVFT

**(b)** County of Residence of First Listed Plaintiff: Larimer
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Denver
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Self Represented; Norman A. Mallory
P.O. BOX 683 Fort Collins, CO 80522 (970) 294-1447

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Discrimination

Brief description of cause:
Discrimination

**VII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE: 1-11-2021
SIGNATURE OF ATTORNEY OF RECORD: Norman Mallory

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

Norman Mallory

P.O Box683
Fort Collins, CO 80522

1023

80294

U.S. POSTAGE PAID
FCM LG ENV
FORT COLLINS, CO
80521
JAN 12, 21
AMOUNT

**$1.40**

R2304M111580-11

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, Co 80294-3589

Case 1:21-cv-00133-GPG   Document 1   Filed 01/15/21   USDC Colorado   Page 10 of 10</gap>

